IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HECTOR PACHECO-MORALES, TDCJ #2257486, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-21-2256 |
| WARDEN JEFFREY RICHARDSON, et al., | § § § | |
| Defendants. | § § | |

### ORDER

The plaintiff, Hector Pacheco-Morales (TDCJ #2257486), has filed a Prisoner's Civil Rights Complaint under 42 U.S.C. § 1983 ("Complaint")(Docket Entry No. 1), alleging that he was sexually assaulted at the Estelle Unit by an officer named "Sergeant Ableak," who could not be identified. After reviewing duty rosters and related records provided by the State Attorney General's Office, the plaintiff has now filed a Motion for Leave to File an Amended Complaint (Docket Entry No. 77), which identifies "Sergeant Enuneku" as his assailant. In addition to naming Sergeant Enuneku, the plaintiff requests leave to add the following defendants in this case: (1) Executive Director Bryan Collier; (2) former Estelle Unit Warden Daniel Dickerson; (2) Officer Jemmerson, who is described as the Safe Prisons/Prison Rape Elimination Act Manager at the Jester III Unit; (3) Investigator Cesar Sanchez of the

Office of Inspector General ("OIG") at the Ramsey Unit; (4) Investigator Calvin Davis of the OIG at the Estelle Unit; (5) Investigator Mark Serras of the OIG at the Joe Ney Unit; (6) Officer Hatton of the Estelle High Security Unit; (7) Governor Greg Abbott; and (8) Health Care Administrator Khari Mott of the Estelle Unit (Docket Entry No. 77, pp. 2-4). The plaintiff has also filed a Motion to Certify Exhibit Into Evidence (Docket Entry No. 76), which seeks leave to submit a document entitled "Texas Department of Criminal Justice Instructions on How to Write and Submit a Grievance."

The court **ORDERS** as follows:

1. The plaintiff's Motion for Leave to File an Amended Complaint (Docket Entry No. 77) is **GRANTED**.

2. Because the plaintiff has included all of his allegations against the defendants in his request for leave to amend, the Clerk's Office shall file a copy of the Motion for Leave to File an Amended Complaint (Docket Entry No. 77) as a separate docket entry, which will be treated as an "Amended Complaint."

3. The plaintiff's Motion to Certify Exhibit Into Evidence (Docket Entry No. 76) is **GRANTED**.

4. All further proceedings in this case are **STAYED** and no further motions, supplements, or amended pleadings will be considered until the court has screened the Amended

Complaint as required by the Prison Litigation Reform Act, 28 U.S.C. § 1915A(b).

The Clerk shall provide a copy of this Order to the parties of record.

**SIGNED** at Houston, Texas, on this 12th day of August, 2022.

---

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE