United States District Court
Southern District of Texas
**ENTERED**
September 30, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HECTOR PACHECO-MORALES, TDCJ #2257486, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-21-2256 |
| BRYAN COLLIER, et al., | § § § | |
| Defendants. | § | |

**FINAL JUDGMENT**

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED WITH PREJUDICE.**

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, this 30th day of September, 2022.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE